**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 100 WAL 2022
:
        Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
CASEY LAMONTAE JACKSON, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.